EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
YASIN MOHAMMAD
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 242798
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6968
    Facsimile:  (213) 894-7177
    E-mail:  Yasin.Mohammad@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>$139,500.00 IN U.S. CURRENCY<br><br>          Defendant.<br>_____<br><br>SHERMAN ARCHILLES JAMES,<br><br>          Claimant.<br>_____ | ) No.: 15-02746-CBM(AGRx)<br>)<br>)<br>)<br>)<br>) **CONSENT JUDGMENT [JS-6]**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff United States of America ("the government") and claimant Sherman Archilles James (the "Claimant") have entered into a stipulated request for the entry of this consent judgment of forfeiture resolving all interests the Claimant may have had in the defendant asset, $139,500.00 in U.S. currency.

The civil forfeiture action captioned above was commenced on April 14, 2015.  Notice was given and published according to law.  Claimant Sherman Archilles James filed a claim on May 27, 2015 (Dkt No. 11) and an answer on June 24, 2015 (Dkt. No. 12). No other claims or answers were filed and the time for filing claims and answers has expired.

The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that $134,500.00 of the defendant asset, plus all interest earned on the entirety of the defendant since seizure, is hereby forfeited to the United States, and no other right, title or interest shall exist therein.  The remaining $5,000.00 of the defendant asset, without any interest, shall be returned to the Claimants as follows:  The funds shall be made payable via ACH deposit to the Claimant's attorney, Roger Diamond, Esq., Roger Diamond Law Offices, 2115 Main Street, Santa Monica, California 90405.  Roger Diamond shall provide the information necessary to facilitate such payment according to law.

///

1       The Court finds that there was reasonable cause for the

2   seizure of the defendant currency and the institution of this

3   action.  This consent judgment shall be construed as a

4   certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5   Each of the parties shall bear its own fees and costs in

6   connection with the seizure, retention and return of the

7   defendant currency.

8

9   DATED: AUGUST 23, 2016

10                  THE HON. CONSUELO B. MARSHALL
    UNITED STATES DISTRICT JUDGE

11

12   CC: FISCAL

13  Presented by:

14  EILEEN M. DECKER
    United States Attorney

15  LAWRENCE S. MIDDLETON

16  Assistant United States Attorney
    Chief, Criminal Division

17  STEVEN R. WELK
    Assistant United States Attorney

18  Chief, Asset Forfeiture Section

19

20    /s/ Yasin Mohammad

21  YASIN MOHAMMAD
    Assistant United States Attorney

22

23  Attorney for Plaintiff
    UNITED STATES OF AMERICA

24

25

26

27

28

3